No. 776. Burnet, Commissioner of Internal Revenue, *v.* Brown; and

No. 797. Brown *v.* Burnet, Commissioner of Internal Revenue. May 23, 1932. Petitions for writs of

certiorari to the Circuit Court of Appeals for the First Circuit denied. *Solicitor General Thacher, Assistant Attorney General Youngquist, Miss Helen R. Carloss,* and *Messrs. Whitney North Seymour* and *Sewall Key* for Burnet. *Mr. James Craig Peacock* for Brown.